YASMINE L. TARHOUNI
WSBA #50924
MATTHEW D. HUOT
WSBA #40606
Assistant Attorneys General
Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40113
Olympia, WA 98504-0113
(360) 753-6126

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and JOHN DOES 1-5,<br><br>Defendants. | NO.<br><br>COMPLAINT FOR DAMAGES |

## I.   INTRODUCTION

1.1   On February 9, 2015, a military forklift owned by the United States Army and operated by Soldiers assigned to Joint Base Lewis McChord (JBLM), traveled westbound on 41st Division Drive just outside JBLM's Main Gate. The forklift was traveling with its boom in an elevated position, too high to pass safely underneath the overpass bridge that supports the northbound lanes of State Route/Interstate 5 (I-5). Despite having sufficient opportunity to lower the boom or stop the forklift, the operator continued to drive the forklift underneath the bridge, which caused the boom to crash into one of the bridge's support girders. The force of the forklift slamming into the bridge required emergency inspection and repair work to ensure the safety of the traveling public.

COMPLAINT FOR DAMAGES   1   ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
P.O. Box 40113
Olympia, WA  98504-0113
(360) 753-6126   Facsimile:  (360) 586-6847

Plaintiff State of Washington, through its Department of Transportation (WSDOT or State) is the owner of the bridge that is the subject of this lawsuit. The State brings this action under the Federal Tort Claims Act (FTCA) to recover the substantial damages caused by the dangerous, negligent actions of the Defendants that caused the collision. In support of this action, the State alleges as follows:

## II. PARTIES

2.1  Plaintiff is the State of Washington. It owns, operates, and maintains within its boundaries a highway system for the benefit of the traveling public, including I-5, 41st Division Drive, and the Overpass that are the subjects of this litigation.

2.2  Defendant, the United States of America (United States) is a body politic that, for purposes of this litigation, operates through its executive branch the Department of Defense (DOD) that oversees the Department of the Army (Army), a uniformed military service of the United States. Pursuant to the FTCA, the United States is charged with defending claims brought against executive departments, including the Army, as well as the Army's uniformed service members, employees, and agents. 28 U.S.C. §§ 2671-2680.

2.3  At all times mentioned herein, the United States was responsible for ensuring its service members, employees, and agents operated Army equipment both on and off Army installations in a reasonable, safe, and prudent manner, including on public highways and other rights of way.

2.4  At all times mentioned herein, the United States was responsible under the FTCA for the negligent acts or omissions of its service members, employees, and agents.

## III. JURISDICTION AND VENUE

3.1  Pursuant to 28 U.S.C. § 1331 and the FTCA, 28 U.S.C. §§ 2671-2680, this Court has jurisdiction over the claims alleged against the United States.

COMPLAINT FOR DAMAGES    2    ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
P.O. Box 40113
Olympia, WA 98504-0113
(360) 753-6126   Facsimile: (360) 586-6847

3.2   This Court has jurisdiction over any non-FTCA claims alleged against John Does 1-5 pursuant to 28 U.S.C. § 1367(a) (supplemental jurisdiction).

3.3   Pursuant to 28 U.S.C. § 1402, venue is proper in the Western District of Washington because the acts, omissions, and damages alleged herein occurred in Pierce County, Washington.

3.4   Plaintiff filed a FTCA claim form on November 15, 2016. More than six months has elapsed since Plaintiff filed its FTCA claim form.

## IV.   FACTS

4.1   Plaintiff restates each and every claim, assertion, and allegation contained in paragraphs 1.1 through 3.3 of this Complaint as if fully set forth herein.

4.2   The State, through WSDOT, owns, operates, and maintains I-5 within its boundaries, as well as its supporting right of way.

4.3   The United States, through the DOD and the Army, owns, operates, and maintains JBLM, a military installation located in Pierce County.

4.4   I-5 passes alongside JBLM's boundaries in Pierce County, including at I-5 Milepost 120.

4.5   The State, through WSDOT, owns, operates, and maintains a traffic interchange at approximately Milepost 120 of I-5 (Exit 120). Exit 120 enables motorists to access JBLM and I-5's northbound and southbound lanes of travel.

4.6   At Exit 120, I-5 and its right of way divides JBLM into two areas; "JBLM North" (commonly referred to as "North Fort") on the northwestern side of I-5, and "JBLM Main" on the southeastern side of I-5.

COMPLAINT FOR DAMAGES   3   ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
P.O. Box 40113
Olympia, WA  98504-0113
(360) 753-6126   Facsimile:  (360) 586-6847

4.7 The 41st Division Drive is a public way, owned, operated, and maintained by the State through WSDOT within the limits of I-5's right of way. It is part of the Exit 120 interchange and connects JBLM Main and JBLM North.

4.8 I-5 passes over 41st Division Drive at Exit 120. The State, through WSDOT, owns, operates, and maintains two overpass bridges that stretch over 41st Division Drive; one for I-5's northbound lanes, one for I-5's southbound lanes. The overpass bridge that services I-5's northbound lanes (the Overpass) is the subject of this lawsuit.

4.9 On February 9, 2015, a Soldier or Soldiers assigned to JBLM were operating an All Terrain Lifter Army System (ATLAS) forklift in the westbound lanes of 41st Division Drive. At all times relevant to this lawsuit, the ATLAS was owned, operated, and maintained by the United States through the Army.

4.10 Upon information and belief, at all times material hereto, the Soldier or Soldiers operating the ATLAS were on duty and acting within the scope of their service/employment in the Army and had express or implied permission of the Army to operate the ATLAS.

4.11 The ATLAS has a height of approximately nine feet when its hydraulic "boom" that lifts its fork carriages is in the lowered position. Its boom can lift loads in excess of 20 feet above ground level.

4.12 The United States, through the Army, has strict training requirements for its Soldiers, employees, and agents who operate Army equipment, including the ATLAS.

4.13 The Overpass has a maximum vertical clearance of 14 feet, 7 inches. Signs on the Overpass visible to motorists traveling on 41st Division Drive indicate this maximum vertical clearance.

4.14 The ATLAS approached the Overpass with its boom in an elevated position that exceeded the Overpass's maximum vertical clearance.

COMPLAINT FOR DAMAGES 4

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
P.O. Box 40113
Olympia, WA 98504-0113
(360) 753-6126 Facsimile: (360) 586-6847

4.15     The Soldier(s) and the Army had a responsibility to ensure the ATLAS operated with its boom low enough to clear underneath the Overpass. The Soldier(s) and the Army failed to do this, even though they knew or should have known that the boom would not fit underneath the Overpass unless it was lowered.

4.16     The ATLAS struck the overpass on February 9, 2015.

4.17     The ATLAS's collision with the Overpass caused significant damage to one of the Overpass's concrete bridge girders.

4.18     Shortly after the collision, Soldiers assigned to the 42nd Military Police (MP) Brigade stationed on JBLM arrived at the scene of the collision and conducted an investigation. The investigation determined that the ATLAS struck the Overpass because its boom exceeded the Overpass's maximum vertical clearance.

4.19     The legal maximum height for loads in the State of Washington is 14 feet. Vehicles or loads higher than 14 feet require a special permit from WSDOT. None of the Defendants applied for or obtained a permit, even though they knew or should have known the ATLAS constituted an oversized vehicle as it was being operated on February 9, 2015.

4.20     The Soldier(s) and the Army were required to take reasonable and necessary steps to determine whether the ATLAS could safely pass under the Overpass with its boom in the elevated position. They did not. Instead, the Soldier(s) drove the ATLAS toward the Overpass, which they knew or should have known did not have sufficient vertical clearance to accommodate the boom's elevated position.

4.21     Had the Soldier(s) acted reasonably, prudently, and safely by lowering the boom before reaching the Overpass or planning an alternative route around the Overpass, the February 9, 2015 collision would not have occurred.

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
P.O. Box 40113
Olympia, WA  98504-0113
(360) 753-6126    Facsimile:  (360) 586-6847

4.22 Defendants each failed to investigate and ensure there was sufficient vertical clearance under the Overpass to allow the ATLAS to safely pass underneath it without striking and damaging the Overpass.

## V. CAUSE OF ACTION—NEGLIGENCE—RCW 46.44.110

5.1 Plaintiff incorporates and reasserts each and every claim, assertion, and allegation contained in paragraphs 1.1 through 4.22 of this Complaint as if fully set forth herein.

5.2 Defendants had a duty to operate the ATLAS in a reasonable, safe, and prudent manner. Defendants failed to do in at least the following ways:

    5.2.1 Defendants failed to measure the height of the ATLAS's boom prior to approaching the Overpass, which dangerously and needlessly increased the risk that the boom would strike and damage the Overpass;

    5.2.2 Defendants failed to make sure there was sufficient vertical clearance on 41st Division Drive for the boom to safely pass underneath the Overpass without striking it;

    5.2.3 Defendant United States failed to adequately train and supervise its Soldier(s) in the safe operation of the ATLAS on public rights of way and underneath elevated structures, including, but not limited to, the importance of accurately determining the height of the ATLAS's boom as it approached the Overpass;

    5.2.4 Defendants failed to determine and follow a route capable of accommodating the ATLAS with its boom in an elevated position;

    5.2.5 Defendants failed to lower the ATLAS's boom to a lowered position that could accommodate the Overpass's maximum vertical clearance; and,

COMPLAINT FOR DAMAGES     6     ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
P.O. Box 40113
Olympia, WA 98504-0113
(360) 753-6126    Facsimile: (360) 586-6847

5.2.6 Defendants failed to apply for or obtain an oversized load permit from WSDOT.

5.3 Defendants breached these duties on February 9, 2015 when the Soldier(s) drove the ATLAS in the westbound lanes of 41st Division Drive in the vicinity of the Exit 120 interchange that, because of its height, could not safely pass under the I-5 northbound overpass bridge.

5.4 As a direct and proximate cause of Defendants' negligent acts and omissions set forth above, the ATLAS struck the Overpass, and the State has incurred damages and losses.

5.5 Pursuant to RCW 46.44.110, Defendants are jointly and severally liable for the State's damages set forth herein.

## VI. PRAYER

6.1 WHEREFORE, the Plaintiff requests judgment against Defendants for:

6.1.1 For all costs incurred in responding to the February 9, 2015 collision that is the subject of this lawsuit, including, but not limited to: the cost of the initial Overpass damage assessment; the cost to clear 41st Division Drive of debris; all related traffic control, detours, lane and ramp closures, and any other temporary responses to the collision; and, the costs incurred in the design and construction of all emergency repairs to the I-5 northbound Milepost 120 Overpass.

6.1.2 For further economic and non-economic damages in an amount to be proven at trial.

//

//

//

//

COMPLAINT FOR DAMAGES 7

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
P.O. Box 40113
Olympia, WA 98504-0113
(360) 753-6126 Facsimile: (360) 586-6847

| | |
|---|---|
| 1 | 6.1.3 For the State's costs and disbursements incurred herein. |
| 2 | 6.1.4 For such other relief as this Court deems just and equitable. |
| 3 | DATED this 6th day of December 2018. |

ROBERT W. FERGUSON
Attorney General

*/s/ Yasmine L. Tarhouni*

YASMINE L. TARHOUNI, WSBA #50924
MATTHEW D. HUOT, WSBA #40606
Assistant Attorneys General
Attorneys for Plaintiff
7141 Cleanwater Dr. SW
PO Box 40113
Olympia, WA 98504-0113
Telephone: (360) 586-0641
Telephone: (360) 753-6130
Fax: (360) 586-6847
Matth4@atg.wa.gov
YasmineT@atg.wa.gov

COMPLAINT FOR DAMAGES     8     ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
P.O. Box 40113
Olympia, WA 98504-0113
(360) 753-6126   Facsimile: (360) 586-6847